# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 12/01/17 - 06/27/18)

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | EE SIMPLE IRA | LTD | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/14 | Bonus | | | 1100.00 | | 1100.00 | | 84.15 | 133.80 | 33.77 | 11.00 | 0.77 2.00 | | | | 834.51 |
| 12/14 | Reg | 64.00 | | 1497.60 | | 1497.60 | | 114.58 | 187.44 | 45.98 | 14.98 | 1.05 2.00 | 40.00 | 13.73 | | 1077.84 |
| 12/28 | Reg | 78.90 | | 1846.26 | | 1846.26 | | 141.23 | 265.56 | 56.68 | 18.46 | 1.29 | 40.00 | | | 1323.04 |
| QTR 4 | | 142.90 | | 4443.86 | | 4443.86 | | S 275.52 M 64.44 | 586.80 PA 136.43 | MECHA 44.44 | LMECCLST 4.00 PAUI 3.11 | 80.00 | 13.73 | | 3235.39 | |
| YTD 2017 | | 142.90 | | 4443.86 | | 4443.86 | | S 275.52 M 64.44 | 586.80 PA 136.43 | MECHA 44.44 | LMECCLST 4.00 PAUI 3.11 | 80.00 | 13.73 | | 3235.39 | |
| 01/11 | Reg | 79.16 | | 1852.34 | | 1852.34 | | 141.71 | 267.06 | 56.87 | 18.52 | 1.11 2.00 | 40.00 | 13.73 | | 1311.32 |
| 01/25 | Reg | 79.00 | | 1848.60 | | 1848.60 | | 141.41 | 210.41 | 56.75 | 18.49 | 1.11 2.00 | 40.00 | | | 1378.43 |
| 02/08 | Reg | 80.00 | | 1872.00 | | 1872.00 | | 143.21 | 215.56 | 57.47 | 18.72 | 1.12 2.00 | 40.00 | 13.73 | | 1380.19 |
| 02/22 | Reg | 80.00 | | 1872.00 | | 1872.00 | | 143.21 | 215.56 | 57.47 | 18.72 | 1.12 2.00 | 40.00 | | | 1393.92 |
| 03/08 | Reg | 78.50 | | 1836.90 | | 1836.90 | | 140.52 | 207.84 | 56.39 | 18.37 | 1.10 2.00 | 40.00 | 13.73 | | 1356.95 |
| 03/22 | Reg Safety Bn | 71.00 | | 1661.40 600.00 | | 2261.40 | | 173.00 | 301.23 | 69.42 | 22.61 | 1.36 2.00 | 40.00 | | | 1651.78 |
| QTR 1 | | 467.66 | | 11543.24 | | 11543.24 | | S 715.68 M 167.38 | 1417.68 PA 354.37 | MECHA 115.43 | LMECCLST 12.00 PAUI 6.92 | 240.00 | 41.19 | | 8472.59 | |
| 04/05 | Reg | 72.00 | | 1684.80 | | 1684.80 | | 128.89 | 174.38 | 51.72 | 16.85 | 1.01 2.00 | 40.00 | 13.73 | | 1256.22 |
| 04/19 | Reg | 77.80 | | 1878.87 | | 1878.87 | | 143.73 | 217.07 | 57.68 | 18.79 | 1.13 2.00 | 40.00 | | | 1398.47 |
| 05/03 | Reg | 75.80 | | 1830.57 | | 1830.57 | | 140.03 | 206.44 | 56.20 | 18.31 | 1.10 2.00 | 40.00 | 13.73 | | 1352.76 |
| 05/17 | Reg | 78.25 | | 1889.74 | | 1889.74 | | 144.57 | 219.46 | 58.02 | 18.90 | 1.13 2.00 | 40.00 | | | 1405.66 |
| 05/31 | Reg | 79.00 | | 1907.85 | | 1907.85 | | 145.95 | 223.45 | 58.57 | 19.08 | 1.14 2.00 | 40.00 | | | 1417.66 |
| 06/14 | Reg | 78.00 | | 1883.70 | | 1883.70 | | 144.10 | 218.13 | 57.83 | 18.84 | 1.13 2.00 | 40.00 | 18.30 | | 1383.37 |
| QTR 2 | | 460.85 | | 11075.53 | | 11075.53 | | S 686.68 M 160.59 | 1258.93 PA 340.02 | MECHA 110.77 | LMECCLST 12.00 PAUI 6.64 | 240.00 | 45.76 | | 8214.14 | |

Dolan, Gregory  
Soc Sec#: xxx-xx-0841  
1046 Caspian Dr  
York, PA 17402  

ID: 2  
Home Dept: 100 Payroll  
Sex: Not Specified  
Birthdate:  
Hire Date: 02/21/1996  
Inactive Date:  
Rehire Date:  

Term Date:  
Pay Frequency: Bi-weekly  
Standard Hrs:  
Rate 1 / Salary: 24.15/Hour  
Last Raise Date: 04/16/2018  

Withholding Method:  
PA: 3.07%  
PA Mechanicsburg BORO/ Me  
PA Manchester TWP/ Central  
Earnings:  

Federal: Single, 0  

Deductions:  
EE Simple Ira  $40.00, Every Pay Period  
Ltd  $18.30, Monthly