DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN,PA 17313-9242

| | CHECK DATE | CHECK NO. |
|---|---|---|
| | 4/13/2018 | V30077903 |

AMOUNT   $   ***********

P<sub>AY</sub> ***********************VOID CHECK****************

TO THE
ORDER
OF

JENNIFER S DOLAN
1046 CASPIAN DR
YORK, PA
17404

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,728.08 | FICA | 223.42 | 1,797.47 | 223.42 | 30,132.32 |
| SERVICE INCRE | | 38.46 | MEDICARE | 52.25 | 420.36 | 52.25 | |
| | | | FED TAX | 505.30 | 4,270.24 | .00 | **Current Earnings** |
| | | | STATE TAX | 110.63 | 890.04 | .00 | |
| | | | LOCAL TAX | 36.04 | 289.95 | .00 | 3,766.54 |
| | | | UC TAX | 2.26 | 18.08 | .00 | |
| | | | RETIREMENT | 279.61 | 2,236.88 | 1,214.24 | |
| | | | DUES | 51.54 | 412.32 | .00 | **Current Net** |
| | | | PPO2 FAMLY | 159.65 | 1,117.55 | 598.36 | |
| | | | DNTL FAMLY | 3.28 | 22.96 | 45.21 | 0.00 |
| | | | PENSERV | 175.00 | 1,400.00 | .00 | |
| | | | TAP | 40.00 | 320.00 | .00 | **Pay Period Ending** |
| | | | SANTANDER | 2,127.56 | 16,936.47 | .00 | |
| TOTALS | 0.00 | 3,766.54 | | | | | 4/13/2018 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 6.00 | 1.00 | | | | | **Pay Date** |
| SICK | 29.00 | 6.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 4/13/2018 |
| | | | | | | | **Check No** |
| | | | Total | 3,766.54 | 30,132.32 | 2,133.48 | V30077903 |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN,PA 17313-9242

| | CHECK DATE | CHECK NO. |
|---|---|---|
| | 4/27/2018 | V30078719 |

AMOUNT   $   \* \* \* \* \* \* \* \* \* \*



P<sub>AY</sub> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*VOID CHECK\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE
ORDER
OF

JENNIFER S DOLAN
1046 CASPIAN DR
YORK, PA
17404

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,728.08 | FICA | 223.42 | 2,020.89 | 223.42 | 33,898.86 |
| SERVICE INCRE | | 38.46 | MEDICARE | 52.25 | 472.61 | 52.25 | |
| | | | FED TAX | 505.30 | 4,775.54 | .00 | Current Earnings |
| | | | STATE TAX | 110.63 | 1,000.67 | .00 | |
| | | | LOCAL TAX | 36.04 | 325.99 | .00 | 3,766.54 |
| | | | UC TAX | 2.26 | 20.34 | .00 | |
| | | | RETIREMENT | 279.61 | 2,516.49 | 1,214.24 | |
| | | | DUES | 51.54 | 463.86 | .00 | Current Net |
| | | | PPO2 FAMLY | 159.65 | 1,277.20 | 598.36 | |
| | | | DNTL FAMLY | 3.28 | 26.24 | 45.21 | 0.00 |
| | | | PENSERV | 175.00 | 1,575.00 | .00 | |
| | | | TAP | 40.00 | 360.00 | .00 | Pay Period |
| | | | SANTANDER | 2,127.56 | 19,064.03 | .00 | Ending |
| TOTALS | 0.00 | 3,766.54 | | | | | 4/27/2018 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 6.00 | 1.00 | | | | | Pay Date |
| SICK | 29.00 | 6.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 4/27/2018 |
| | | | | | | | Check No |
| | | | Total | 3,766.54 | 33,898.86 | 2,133.48 | V30078719 |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN,PA 17313-9242

| | CHECK DATE | CHECK NO. |
|---|---|---|
| | 5/11/2018 | V30079530 |



AMOUNT $ \*\*\*\*\*\*\*\*\*\*

P<small>AY</small> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*VOID CHECK\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE
ORDER
OF

JENNIFER S DOLAN
1046 CASPIAN DR
YORK, PA
17404

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,728.08 | FICA | 223.42 | 2,244.31 | 223.42 | 37,665.40 |
| SERVICE INCRE | | 38.46 | MEDICARE | 52.25 | 524.86 | 52.25 | |
| | | | FED TAX | 505.30 | 5,280.84 | .00 | *Current Earnings* |
| | | | STATE TAX | 110.63 | 1,111.30 | .00 | |
| | | | LOCAL TAX | 36.04 | 362.03 | .00 | 3,766.54 |
| | | | UC TAX | 2.26 | 22.60 | .00 | |
| | | | RETIREMENT | 279.61 | 2,796.10 | 1,214.24 | |
| | | | DUES | 51.54 | 515.40 | .00 | *Current Net* |
| | | | PPO2 FAMLY | 159.65 | 1,436.85 | 598.36 | |
| | | | DNTL FAMLY | 3.28 | 29.52 | 45.21 | 0.00 |
| | | | PENSERV | 175.00 | 1,750.00 | .00 | |
| | | | TAP | 40.00 | 400.00 | .00 | *Pay Period Ending* |
| TOTALS | 0.00 | 3,766.54 | SANTANDER | 2,127.56 | 21,191.59 | .00 | |
| Leave | Balance | Taken YTD | | | | | 5/11/2018 |
| PERSONAL | 6.00 | 1.00 | | | | | *Pay Date* |
| SICK | 28.00 | 7.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 5/11/2018 |
| | | | | | | | *Check No* |
| | | | Total | 3,766.54 | 37,665.40 | 2,133.48 | V30079530 |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN,PA 17313-9242

| | | |
|---|---|---|
| | CHECK DATE | CHECK NO. |
| | 5/25/2018 | V30080358 |

AMOUNT $ *********

PAY **************** VOID CHECK****************

TO THE ORDER OF

JENNIFER S DOLAN
1046 CASPIAN DR
YORK, PA
17404

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,728.08 | FICA | 223.42 | 2,467.73 | 223.42 | 41,431.94 |
| SERVICE INCRE | | 38.46 | MEDICARE | 52.25 | 577.11 | 52.25 | |
| | | | FED TAX | 505.30 | 5,786.14 | .00 | |
| | | | STATE TAX | 110.63 | 1,221.93 | .00 | *Current Earnings* |
| | | | LOCAL TAX | 36.04 | 398.07 | .00 | 3,766.54 |
| | | | UC TAX | 2.26 | 24.86 | .00 | |
| | | | RETIREMENT | 279.61 | 3,075.71 | 1,214.24 | |
| | | | DUES | 51.44 | 566.84 | .00 | *Current Net* |
| | | | PPO2 FAMLY | 159.65 | 1,596.50 | 598.36 | |
| | | | DNTL FAMLY | 3.28 | 32.80 | 45.21 | 0.00 |
| | | | PENSERV | 175.00 | 1,925.00 | .00 | |
| | | | TAP | 40.00 | 440.00 | .00 | *Pay Period Ending* |
| TOTALS | 0.00 | 3,766.54 | SANTANDER | 2,127.66 | 23,319.25 | .00 | 5/25/2018 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 6.00 | 1.00 | | | | | *Pay Date* |
| SICK | 28.00 | 7.00 | | | | | 5/25/2018 |
| UNKNOWN | 0.00 | 0.00 | | | | | |
| | | | | | | | *Check No* |
| | | | Total | 3,766.54 | 41,431.94 | 2,133.48 | V30080358 |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN,PA 17313-9242



| | | |
|---|---|---|
| CHECK DATE | | CHECK NO. |
| 6/8/2018 | | V30081186 |

AMOUNT  $  *\*\*\*\*\*\*\*\*\*

P<sub>AY</sub> ************\*\*\*\*\*\*\*VOID CHECK***************

TO THE
ORDER
OF

JENNIFER S DOLAN
1046 CASPIAN DR
YORK, PA
17404

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,728.08 | FICA | 223.42 | 2,691.15 | 223.42 | 45,198.48 |
| SERVICE INCRE | | 38.46 | MEDICARE | 52.25 | 629.36 | 52.25 | |
| | | | FED TAX | 505.30 | 6,291.44 | .00 | |
| | | | STATE TAX | 110.63 | 1,332.56 | .00 | *Current Earnings* |
| | | | LOCAL TAX | 36.04 | 434.11 | .00 | 3,766.54 |
| | | | UC TAX | 2.26 | 27.12 | .00 | |
| | | | RETIREMENT | 279.61 | 3,355.32 | 1,214.24 | |
| | | | DUES | .00 | 566.84 | .00 | *Current Net* |
| | | | PPO2 FAMLY | 159.65 | 1,756.15 | 598.36 | |
| | | | DNTL FAMLY | 3.28 | 36.08 | 45.21 | 0.00 |
| | | | PENSERV | 175.00 | 2,100.00 | .00 | |
| | | | TAP | 40.00 | 480.00 | .00 | *Pay Period* |
| | | | SANTANDER | 2,179.10 | 25,498.35 | .00 | *Ending* |
| TOTALS | 0.00 | 3,766.54 | | | | | 6/8/2018 |
| *Leave* | *Balance* | *Taken YTD* | | | | | |
| PERSONAL | 6.00 | 1.00 | | | | | *Pay Date* |
| SICK | 28.00 | 7.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 6/8/2018 |
| | | | | | | | *Check No* |
| | | | Total | 3,766.54 | 45,198.48 | 2,133.48 | V30081186 |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242



CHECK DATE  6/8/2018     CHECK NO. V30081771

AMOUNT    $    **********

P<sub>AY</sub>  ***********************VOID CHECK***************

TO THE
ORDER
OF

JENNIFER S DOLAN
1046 CASPIAN DR
YORK, PA
17404

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 14,912.24 | FICA | 879.16 | 3,570.31 | 879.16 | 60,264.60 |
| SERVICE INCRE | | 153.88 | MEDICARE | 205.60 | 834.96 | 205.60 | |
| | | | FED TAX | 1,969.62 | 8,261.06 | .00 | |
| | | | STATE TAX | 435.32 | 1,767.88 | .00 | Current Earnings |
| | | | LOCAL TAX | 141.80 | 575.91 | .00 | 15,066.12 |
| | | | UC TAX | 9.04 | 36.16 | .00 | |
| | | | RETIREMENT | 1,118.43 | 4,473.75 | 4,856.93 | |
| | | | DUES | .00 | 566.84 | .00 | Current Net |
| | | | PPO2 FAMLY | 159.66 | 1,915.81 | 598.36 | |
| | | | MEDICAL | 710.12 | 710.12 | 2,549.32 | 0.00 |
| | | | DENTAL | 13.12 | 13.12 | 180.84 | |
| | | | DNTL FAMLY | 3.28 | 39.36 | 45.22 | Pay Period |
| | | | PENSERV | 700.00 | 2,800.00 | .00 | Ending |
| TOTALS | 0.00 | 15,066.12 | TAP | 160.00 | 640.00 | .00 | 6/8/2018 |
| Leave | Balance | Taken YTD | SANTANDER | 8,560.97 | 34,059.32 | .00 | |
| PERSONAL | 6.00 | 1.00 | | | | | Pay Date |
| SICK | 28.00 | 7.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 6/8/2018 |
| | | | | | | | Check No |
| | | Total | 15,066.12 | 60,264.60 | 9,315.43 | V30081771 |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN,PA 17313-9242

CHECK DATE      CHECK NO.
6/22/2018      V30082098

AMOUNT   $   *********** 

P<sub>AY</sub> *********************VOID CHECK****************

TO THE
ORDER
OF

JENNIFER S DOLAN
1046 CASPIAN DR
YORK, PA
17404

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| PERSONAL PAYO | 2.00 | 430.00 | FICA | 26.66 | 3,596.97 | 26.66 | 60,694.60 |
| | | | MEDICARE | 6.24 | 841.20 | 6.24 | |
| | | | FED TAX | 28.80 | 8,289.86 | .00 | *Current Earnings* |
| | | | STATE TAX | 13.20 | 1,781.08 | .00 | |
| | | | LOCAL TAX | 4.30 | 580.21 | .00 | 430.00 |
| | | | UC TAX | 0.26 | 36.42 | .00 | |
| | | | RETIREMENT | .00 | 4,473.75 | .00 | *Current Net* |
| | | | DUES | .00 | 566.84 | .00 | |
| | | | PPO2 FAMLY | .00 | 1,915.81 | .00 | 0.00 |
| | | | MEDICAL | .00 | 710.12 | .00 | |
| | | | DENTAL | .00 | 13.12 | .00 | |
| | | | DNTL FAMLY | .00 | 39.36 | .00 | *Pay Period Ending* |
| | | | PENSERV | .00 | 2,800.00 | .00 | |
| TOTALS | 2.00 | 430.00 | TAP | .00 | 640.00 | .00 | 6/22/2018 |
| *Leave* | *Balance* | *Taken YTD* | SANTANDER | 350.54 | 34,409.86 | .00 | |
| PERSONAL | 4.00 | 3.00 | | | | | *Pay Date* |
| SICK | 27.00 | 8.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 6/22/2018 |
| | | | | | | | *Check No* |
| | | | Total | 430.00 | 60,694.60 | 32.90 | V30082098 |