Certificate Number: 05781-PAM-DE-031327063

Bankruptcy Case Number: 18-02720



05781-PAM-DE-031327063

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2018, at 9:42 o'clock AM PDT, Gregory Dolan completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 16, 2018     By: /s/Allison M Geving

Name: Allison M Geving

Title: President

Case 1:18-bk-02720-RNO    Doc 20    Filed 07/16/18    Entered 07/16/18 15:32:07    Desc
Main Document    Page 1 of 1