Certificate Number: 05781-PAM-DE-031327064

Bankruptcy Case Number: 18-02720



05781-PAM-DE-031327064

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on July 16, 2018, at 9:42 o'clock AM PDT, Jennifer Dolan completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  July 16, 2018  By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President