UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | ) | |
|---|---|---|
| | ) | NO. 18-bk-02720-RNO |
| GREGORY D. DOLAN AND | ) | |
| JENNIFER S. DOLAN | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) & (b)

TO THE CLERK OF THE COURT:

Please be advised that Thomas A. Capehart, Esquire of the law firm of Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, Pennsylvania 18105-4060, hereby enters his appearance on behalf of the Creditor, Santander Bank, N.A., requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully Submitted,

 /s/Thomas A. Capehart

Thomas A. Capehart, Esq.
Attorney for Santander Bank, N.A.
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060
Dated: July 31, 2018           610-820-5450