UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GREGORY D. DOLAN and | : | CHAPTER 13 |
| JENNIFER S. DOLAN | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| GREGORY D. DOLAN and | : | |
| JENNIFER S. DOLAN | : | |
| Respondent(s) | : | CASE NO.  1-18-bk-02720 |

OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, this  9th  day August, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1. Debtor(s) exemption of 100% of Fair Market Value without proof of the asset's value deprives unsecured claimants of the asset's value to the estate if it was liquidated under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtors' Exemptions.

Respectfully submitted,

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
(717)566-6097

CERTIFICATE OF SERVICE

AND NOW, this 14th day August, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA 17102

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee