UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GREGORY D. DOLAN and : CHAPTER 13
JENNIFER S. DOLAN :
    Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
:
    vs. :
:
GREGORY D. DOLAN and :
JENNIFER S. DOLAN : OBJECTION TO EXEMPTIONS
    Respondent(s) : CASE NO. 1-18-bk-02720-RNO

ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.