```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 18-02720-RNO
Gregory D. Dolan                                              Chapter 13
Jennifer S. Dolan
          Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 1              Date Rcvd: Aug 13, 2018
                              Form ID: ntcnfhrg            Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db/jdb         +Gregory D. Dolan,    Jennifer S. Dolan,    1046 Caspian Dr.,    York, PA 17404-6626
cr             +Santander Bank, N.A. c/o Thomas A. Capehart, Esqui,    Gross McGinley, LLP,
                 33 S. Seventh Street,    P.O. Box 4060,    Allentown, PA 18105-4060
5078560       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   BK OF AMER,    PO BOX 982238,    EL PASO, Tx 79998)
5078559        +BARCLAYS BANK DELAWARE,    100 West St,    Wilmington, DE 19801-5015
5078567        +CHASE/AMAZON,    P.O. Box 15298,    Wilmington, DE 19850-5298
5078561        +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
5086317        +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
5078564        +SANTANDER BANK NA,    1010 W. Mockingbird Lane,    Suite 100,    Dallas, TX 75247-5126
5090788        +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5078563         E-mail/Text: bnckohlsnotices@becket-lee.com Aug 13 2018 19:07:09      KOHLS/CAPONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
5079916        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2018 19:11:58
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5078565         E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 19:11:33      SYNCB/LOWES,   P.O. Box 105972,
                 Atlanta, GA 30348-5972
5078566         E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 19:11:33      SYNCB/OLDNAVYDC,
                 P.O. Box 105972,    Atlanta, GA 30348-5972
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5078562       ##+CITIZENS BANK NA,    1701 John F. Kennedy Blvd. 22nd Floor,    Philadelphia, PA 19103-2849
                                                                                       TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 2 Jennifer S. Dolan jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 1 Gregory D. Dolan jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Thomas A. Capehart    on behalf of Creditor    Santander Bank, N.A. c/o Thomas A. Capehart, Esquire
               jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Gregory D. Dolan, | Chapter 13 |
| **Debtor 1** | |
| Jennifer S. Dolan, | Case No. 1:18−bk−02720−RNO |
| **Debtor 2** | |

# Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **September 26, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 3, 2018<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 13, 2018 |

ntcnfhrg (03/18)