In re:  
Gregory D. Dolan  
Jennifer S. Dolan  
       Debtors

Case No. 18-02720-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Aug 15, 2018  
                      Form ID: ntpasnh      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.  
db/jdb        +Gregory D. Dolan,    Jennifer S. Dolan,    1046 Caspian Dr.,    York, PA 17404-6626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:  
            Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com  
            James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
            John Matthew Hyams    on behalf of Debtor 2 Jennifer S. Dolan jmh@johnhyamslaw.com,  
            acb@johnhyamslaw.com,eah@johnhyamslaw.com  
            John Matthew Hyams    on behalf of Debtor 1 Gregory D. Dolan jmh@johnhyamslaw.com,  
            acb@johnhyamslaw.com,eah@johnhyamslaw.com  
            Thomas A. Capehart    on behalf of Creditor    Santander Bank, N.A. c/o Thomas A. Capehart, Esquire  
            jkacsur@grossmcginley.com,   ehutchinson@grossmcginley.com  
            United States Trustee     ustpregion03.ha.ecf@usdoj.gov  
                                                                                                              TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gregory D. Dolan

**Debtor 1**

Jennifer S. Dolan

**Debtor 2**

Chapter: 13

Case number: 1:18−bk−02720−RNO

Document Number: 31

Matter: Objection to Clam of Exemptions

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **September 5, 2018**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: REshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: August 15, 2018

ntpasnh(05/18)