UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GREGORY D DOLAN<br>JENNIFER S DOLAN | CASE NO: 18-02720<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/7/2018, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/7/2018

/s/ John M. Hyams
John M. Hyams  87327
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GREGORY D DOLAN
JENNIFER S DOLAN

CASE NO: 18-02720

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 9/7/2018, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/7/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-18-BK-02720-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
FRI SEP 7 12-20-42 EDT 2018

BARCLAYS BANK DELAWARE
100 WEST ST
WILMINGTON DE 19801-5015

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA NA
P O BOX 982284
EL PASO TX 79998-2284

BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

CHASEAMAZON
PO BOX 15298
WILMINGTON DE 19850-5298

CITI
PO BOX 6241
SIOUX FALLS SD 57117-6241

CITIZENS BANK NA
1701 JOHN F KENNEDY BLVD 22ND FLOOR
PHILADELPHIA PA 19103-2849

THOMAS A CAPEHART
GROSS MCGINLEY LLP
33 SOUTH 7TH STREET
PO BOX 4060
ALLENTOWN PA 18105-4060

CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

CITIZENS BANK NA
1 CITIZENS DRIVE MAILSTOP ROP15B
RIVERSIDE RI 02915-3026

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE
GREGORY D DOLAN
1046 CASPIAN DR
YORK PA 17404-6626

EXCLUDE
JENNIFER S DOLAN
1046 CASPIAN DR
YORK PA 17404-6626

EXCLUDE
JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
2023 N 2ND ST
HARRISBURG PA 17102-2151

KOHLSCAPONE
PO BOX 3115
MILWAUKEE WI 53201-3115

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SANTANDER BANK NA
1010 W MOCKINGBIRD LANE SUITE 100
DALLAS TX 75247-5126

SYNCBLOWES
PO BOX 105972
ATLANTA GA 30348-5972

SYNCBOLDNAVYDC
PO BOX 105972
ATLANTA GA 30348-5972

SANTANDER BANK NA
601 PENN STREET
10-6438-FB7
READING PA 19601-3563

SANTANDER BANK NA CO THOMAS A CAPEHART
GROSS MCGINLEY LLP
33 S SEVENTH STREET
PO BOX 4060
ALLENTOWN PA 18105-4060

EXCLUDE
UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

ECAST SETTLEMENT CORPORATION
PO BOX 29262
NEW YORK NY 10087-9262