**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:  Gregory D Dolan
     Jennifer S Dolan

                                                Case No.: 1-18-02720HWV

                                                Chapter 13

              **Debtor(s)**

                    <u>**NOTICE OF FINAL CURE PAYMENT**</u>

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Bank of America |
| Court Claim Number: | 6 |
| Last Four of Loan Number: | 2793 |
| Property Address if applicable: | 1046 Caspian Dr |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $301.36 |
| b. | Prepetition arrearages paid by the trustee: | $301.36 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $301.36 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated:  March 28, 2023

Respectfully submitted,


/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:     Gregory D Dolan
        Jennifer S Dolan                    Case No.: 1-18-02720HWV
                                            Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 28, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
John Hyams, Esquire
2023 N 2nd St
Suite 203
Harrisburg PA 17102

**Served by First Class Mail**
Bank of America
PO Box 31785
Tampa FL 33631-3785

Gregory D Dolan
Jennifer S Dolan
1046 Caspian Dr
York PA 28505

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 28, 2023                  /s/  Liz Joyce
                                       Office of the Standing Chapter 13 Trustee
                                       Jack N. Zaharopoulos
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-02720     **GREGORY D. DOLAN**

**BANK OF AMERICA**
PO BOX 660933

DALLAS, TX 75266-0933

Acct No: 1046 Caspian Dr - PRE-ARREA

ARREARS - 1046 CASPIAN DRIVE

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | Debt: | $301.36 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $122,094.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $301.36 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **BANK OF AMERICA** | | | | | | | |
| 520-0 | BANK OF AMERICA | | 06/16/2021 | 2001157 | $17.90 | $0.00 | $17.90 | 06/22/2021 |
| 520-0 | BANK OF AMERICA | | 04/15/2021 | 1228766 | $20.96 | $0.00 | $20.96 | 04/23/2021 |
| 520-0 | BANK OF AMERICA | | 02/17/2021 | 1226718 | $20.95 | $0.00 | $20.95 | 02/25/2021 |
| 520-0 | BANK OF AMERICA | | 12/10/2020 | 1223910 | $31.31 | $0.00 | $31.31 | 12/16/2020 |
| 520-0 | BANK OF AMERICA | | 09/17/2020 | 1221123 | $20.72 | $0.00 | $20.72 | 09/25/2020 |
| 520-0 | BANK OF AMERICA | | 07/07/2020 | 1219014 | $31.09 | $0.00 | $31.09 | 07/15/2020 |
| 520-0 | BANK OF AMERICA | | 04/14/2020 | 1215890 | $21.48 | $0.00 | $21.48 | 04/21/2020 |
| 520-0 | BANK OF AMERICA | | 02/13/2020 | 1213258 | $21.48 | $0.00 | $21.48 | 02/21/2020 |
| 520-0 | BANK OF AMERICA | | 12/12/2019 | 1210497 | $32.61 | $0.00 | $32.61 | 12/19/2019 |
| 520-0 | BANK OF AMERICA | | 09/26/2019 | 1206798 | $21.24 | $0.00 | $21.24 | 10/02/2019 |
| 520-0 | BANK OF AMERICA | | 07/11/2019 | 1204016 | $21.25 | $0.00 | $21.25 | 07/18/2019 |
| 520-0 | BANK OF AMERICA | | 05/09/2019 | 1201358 | $21.25 | $0.00 | $21.25 | 05/16/2019 |
| 520-0 | BANK OF AMERICA | | 03/12/2019 | 1198659 | $19.12 | $0.00 | $19.12 | 03/21/2019 |
| | | | | **Sub-totals:** | $301.36 | $0.00 | $301.36 | |
| | | | | **Grand Total:** | $301.36 | $0.00 | | |