# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Gregory D Dolan
 Jennifer S Dolan

Case No.: 1-18-02720HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Santander |
| Court Claim Number: | 2 |
| Last Four of Loan Number: | 2967 |
| Property Address if applicable: | 1046 Caspian Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $28,247.62 |
| b. | Prepetition arrearages paid by the trustee: | $28,247.62 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $28,247.62 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 28, 2023

                                        Respectfully submitted,

                                        /s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        Fax: (717) 566-8313
                                        email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Gregory D Dolan
Jennifer S Dolan

Case No.: 1-18-02720HWV
Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 28, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
John Hyams, Esquire
2023 N 2nd St
Suite 203
Harrisburg PA 17102

**Served by First Class Mail**
Santander Bank NA
1 Corporate Dr
Lake Zurich IL 60047-8945
Gregory D Dolan
Jennifer S Dolan
1046 Caspian Dr
York PA 28505

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 28, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-02720  **GREGORY D. DOLAN**

**SANTANDER BANK**  
P.O. BOX 847051  

BOSTON, MA  02284-7051

Sequence: 24  
Modify:  
Filed Date:  
Hold Code: P

Acct No: 2967

$24,868.77 @ 5.49% = $28,494.00  -  1046 CASPIAN DRIVE  -  REFUND/PAID IN FULL

|  | Amt Sched: | $24,663.00 | Debt: | $28,494.00 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $28,247.62 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $246.38 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **0020** | **SANTANDER BANK** | | | | | | | |
| 002-0 | SANTANDER BANK | C | 12/01/2021 | 0 | ($246.38) | $0.00 | ($246.38) | |
| | | | | | Cred Rfd Chk #: 10081863 | | | |
| 002-0 | SANTANDER BANK | | 08/18/2021 | 2003872 | $990.52 | $0.00 | $990.52 | 09/08/2021 |
| 002-0 | SANTANDER BANK | V | 07/27/2021 | 1228411 | ($990.52) | $0.00 | ($990.52) | 07/27/2021 |
| 002-0 | SANTANDER BANK | | 06/16/2021 | 2001805 | $702.23 | $0.00 | $702.23 | 07/30/2021 |
| 002-0 | SANTANDER BANK | | 05/18/2021 | 2000814 | $990.53 | $0.00 | $990.53 | 06/14/2021 |
| 002-0 | SANTANDER BANK | | 04/15/2021 | 1229421 | $990.52 | $0.00 | $990.52 | 04/22/2021 |
| 002-0 | SANTANDER BANK | | 03/17/2021 | 1228411 | $990.52 | $0.00 | $990.52 | 07/27/2021 |
| 002-0 | SANTANDER BANK | | 02/17/2021 | 1227387 | $990.53 | $0.00 | $990.53 | 02/24/2021 |
| 002-0 | SANTANDER BANK | | 01/19/2021 | 1226370 | $990.52 | $0.00 | $990.52 | 01/28/2021 |
| 002-0 | SANTANDER BANK | | 12/10/2020 | 1224586 | $1,981.05 | $0.00 | $1,981.05 | 12/16/2020 |
| 002-0 | SANTANDER BANK | | 10/15/2020 | 1222808 | $979.64 | $0.00 | $979.64 | 10/26/2020 |
| 002-0 | SANTANDER BANK | | 09/17/2020 | 1221825 | $979.64 | $0.00 | $979.64 | 09/24/2020 |
| 002-0 | SANTANDER BANK | | 08/12/2020 | 1220765 | $979.64 | $0.00 | $979.64 | 08/20/2020 |
| 002-0 | SANTANDER BANK | | 07/07/2020 | 1219722 | $1,959.28 | $0.00 | $1,959.28 | 07/15/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 002-0 | SANTANDER BANK | | 05/06/2020 | 1217717 | $979.63 | $0.00 | $979.63 | 05/14/2020 |
| 002-0 | SANTANDER BANK | | 04/14/2020 | 1216721 | $1,015.56 | $0.00 | $1,015.56 | 04/22/2020 |
| 002-0 | SANTANDER BANK | | 03/12/2020 | 1215443 | $1,015.56 | $0.00 | $1,015.56 | 03/18/2020 |
| 002-0 | SANTANDER BANK | | 02/13/2020 | 1214135 | $1,015.56 | $0.00 | $1,015.56 | 02/20/2020 |
| 002-0 | SANTANDER BANK | | 01/16/2020 | 1212782 | $1,015.56 | $0.00 | $1,015.56 | 01/23/2020 |
| 002-0 | SANTANDER BANK | | 12/12/2019 | 1211423 | $2,031.12 | $0.00 | $2,031.12 | 12/19/2019 |
| 002-0 | SANTANDER BANK | | 10/10/2019 | 1208858 | $1,051.84 | $0.00 | $1,051.84 | 10/17/2019 |
| 002-0 | SANTANDER BANK | | 09/26/2019 | 1207810 | $1,004.38 | $0.00 | $1,004.38 | 10/02/2019 |
| 002-0 | SANTANDER BANK | | 08/07/2019 | 1206300 | $1,004.38 | $0.00 | $1,004.38 | 08/13/2019 |
| 002-0 | SANTANDER BANK | | 07/11/2019 | 1204955 | $2,008.75 | $0.00 | $2,008.75 | 07/19/2019 |
| 002-0 | SANTANDER BANK | | 05/09/2019 | 1202241 | $1,004.38 | $0.00 | $1,004.38 | 05/17/2019 |
| 002-0 | SANTANDER BANK | | 04/11/2019 | 1200920 | $1,004.97 | $0.00 | $1,004.97 | 04/17/2019 |
| 002-0 | SANTANDER BANK | | 03/12/2019 | 1199538 | $1,003.79 | $0.00 | $1,003.79 | 03/15/2019 |
| 002-0 | SANTANDER BANK | | 01/10/2019 | 1197156 | $804.42 | $0.00 | $804.42 | 01/17/2019 |
| | | | | Sub-totals: | $28,247.62 | $0.00 | $28,247.62 | |
| | | | | Grand Total: | $28,247.62 | $0.00 | | |