**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

# Form 4100R
## Response to Notice of Final Cure Payment                                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:**   Santander Bank, N.A.

**Court claim no.** (if known):
_____

**Last 4 digits** of any number you use to identify the debtor's account:   ___ ___ ___ ___

**Property address:**   _____
                        Number       Street

   _____

   _____
   City                State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

❑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

❑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

❑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:   ___/___/_____
                                                                  MM / DD / YYYY

❑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                    (a) $ _____

   b. Total fees, charges, expenses, escrow, and costs outstanding:            + (b) $ _____

   c. **Total**. Add lines a and b.                                                (c) $ _____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became
   due on:                                                          ___/___/_____
                                                                    MM / DD / YYYY

Form 4100R                     **Response to Notice of Final Cure Payment**                     page **1**

Case 1:18-bk-02720-HWV    Doc 57    Filed 04/03/23    Entered 04/03/23 09:09:46    Desc
                         Main Document        Page 1 of 3

Debtor 1 _____  Case number (*if known*) _____
         First Name    Middle Name    Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.
❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ *Melissa A. Epler*   Date _____
Signature

Print  _____   Title  Bankruptcy Administrator_____
       First Name    Middle Name    Last Name

Company  Santander Bank, N.A._____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   450 Penn St. MC: PA-450-FB1_____
          Number            Street

          Reading, PA 19602_____
          City                      State    ZIP Code

Contact phone  _____   Email  DeftBkr@santander.us_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Gregory D Dolan and Jennifer S Dolan     Chapter #13
                                                             Case No. 18-02720
                                                             Honorable Henry W Van Eck

Debtors
_____/

## CERTIFICATE OF SERVICE

       I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on March 28, 2023, I caused to be served a copy of the Response to Notice of Final Cure Payment on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

       Signed under the penalties of perjury, this 28th day of March 2023.

                                                *Melissa A. Epler*
                                                Melissa A. Epler
                                                Santander Bank, N.A.
                                                Bankruptcy Administrator
                                                450 Penn Street
                                                Reading, PA 19602
                                                (484) 512-3552
                                                Email: DeftBkr@santander.us

VIA US MAIL
Gregory and Jennifer Dolan
1046 Casplan Dr
York, PA 17404

VIA ECF
Jack N Zaharopoulos
8125 Adams Dr Ste A
Hummelstown, PA 17036

John Matthew Hyams
jmh@johnhyamslaw.com