## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Gregory D. Dolan                                         **BK NO. 18-02720 HWV**
      Jennifer S. Dolan

                 **Debtor(s)**                    **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.


                  Respectfully submitted,

               /s/ *Michael Farrington*
               Michael Farrington
               06 Apr 2023, 16:21:27, EDT


               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322

Document ID: ecef69648f3ec7485b59415e6e5ca31fc24938bc711dbea084aaeabfa32412f5