Fill in this information to identify the case:

Debtor 1: Jennifer S. Dolan

Debtor 2: Gregory D. Dolan
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number: 18-02720 HWV

# Form 4100R

## Response to Notice of Final Cure Payment                         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** BANK OF AMERICA, N.A.     **Court claim no. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account: 2793
**Property address:**
1046 Caspian Drive
York, PA 17404

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    05 / 01 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                                          (a)   $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:                    + (b)   $ _____
c. **Total.** Add lines a and b.                                                     (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Case 1:18-bk-02720-HWV    Doc 59    Filed 04/10/23    Entered 04/10/23 12:41:33    Desc
Document ID: 0725940b3c14a897356c76622750108b9b4169d8a44356202334144ba3dd52764
Main Document    Page 1 of 3

| Debtor(s) | Jennifer S. Dolan and Gregory D. Dolan | Case Number (if known): 18-02720 HWV |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*   Date   04/07/2023
Michael Farrington
07 Apr 2023, 09:27:42, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R    Response to Notice of Final Cure Payment    page 2

Document ID: 0725940b3c14a897356c76622750108b9b4169d8a443562023341ba3dd5a764
Case 1:18-bk-02720-HWV    Doc 59    Filed 04/10/23    Entered 04/10/23 12:41:33    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory D. Dolan<br>Jennifer S. Dolan<br>       Debtor(s)<br><br>BANK OF AMERICA, N.A.<br>       Movant<br>vs.<br><br>Gregory D. Dolan<br>Jennifer S. Dolan<br>       Debtor(s)<br><br>Jack N. Zaharopoulos,<br>       Trustee | BK NO. 18-02720 HWV<br><br>Chapter 13<br><br>Related to Claim No. 6-1 |

## CERTIFICATE OF SERVICE
### RESPONSE TO NOTICE OF FINAL CURE OF MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 10, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Gregory D. Dolan
1046 Caspian Drive
York, PA 17404

Jennifer S. Dolan
1046 Caspian Drive
York, PA 1704

Attorney for Debtor(s) (via ECF)
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd Street
Harrisburg, PA 17102

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: April 10, 2023

/s/ Michael P. Farrington
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com