United States Bankruptcy Court
Middle District of Pennsylvania

In re:   Case No. 18-02720-HWV
Gregory D. Dolan   Chapter 13
Jennifer S. Dolan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: May 16, 2023    Form ID: fnldec    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory D. Dolan, Jennifer S. Dolan, 1046 Caspian Dr., York, PA 17404-6626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

**Name**     **Email Address**

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

John Matthew Hyams
    on behalf of Debtor 2 Jennifer S. Dolan jmh@johnhyamslaw.com
    acb@johnhyamslaw.com;fep@johnhyamslaw.com;dlh@johnhyamslaw.com

John Matthew Hyams
    on behalf of Debtor 1 Gregory D. Dolan jmh@johnhyamslaw.com
    acb@johnhyamslaw.com;fep@johnhyamslaw.com;dlh@johnhyamslaw.com

Kellie Rahl-Heffner
    on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com,
    jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

Michael Patrick Farrington     on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gregory D. Dolan,         Chapter    13

       **Debtor 1**

                           Case No.    1:18−bk−02720−HWV

Jennifer S. Dolan,

       **Debtor 2**

Social Security No.:
                 xxx−xx−0841         xxx−xx−5688

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

                           **Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

                                           By the Court,

                                           Henry W. Van Eck, Chief Bankruptcy Judge

                                           Dated: May 16, 2023

**fnldec** (01/22)